IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 11-13 |
| | ) | |
| LISA ANN GRAY | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this __16__ day of December, 2011, upon consideration of the foregoing Motion to Withdraw Suppression Motion and Motion for Leave to File Motion to Dismiss the Indictment, it is hereby ORDERED that said motion be granted;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Indictment will be due on or before December 21, 2011.

IT IS FURTHER ORDERED that the defendant's Motion to Suppress is hereby withdrawn and the hearing scheduled for Monday, December 19, 2011 is hereby cancelled.

IT IS FURTHER ORDERED that the date of this order to the disposition of the defendant's Motion to Dismiss the Indictment is deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(8)(A), since, for the reasons stated in defendant's motion, the failure to grant such continuance would

unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

_____
Gary L. Lancaster
Chief United States District Judge